IN THE UNITED STATES BANKRUPTCY COURT
MOTION FOR ENTRY OF FINAL DECREE INCLUDING ENTRY OF DISCHARGE
OF DEBTOR FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| IN RE: | ) | |
|---|---|---|
| | ) | |
| ADA L. BROWN, | ) | Case No. 14-19763 |
| | ) | |
| Debtor. | ) | Chapter 11 |
| | ) | |
| | ) | Judge Jack B. Schmetterer |

### NOTICE OF MOTION

TO:   SEE ATTACHED SERVICE LIST:

**PLEASE TAKE NOTICE,** that on October 26, 2015 at 10:30 a.m., I shall appear before the Honorable Jack B. Schemtterer or any judge sitting in her stead in the DIRKSEN FEDERAL BUILDING 219 S. DEARBORN COURTROOM 682 CHICAGO, ILLINOIS and then and there present **MOTION FOR ENTRY OF FINAL DECREE INCLUDING ENTRY OF DISCHARGE OF DEBTOR.** a copy of which is attached hereto and is herewith served upon you.

**ADA L. BROWN**
Debtor
By:/s/  William E. Jamison, Jr.
53 W. Jackson Blvd.
Suite # 309
Chicago, IL 60604
(312) 226 - 8500

### CERTIFICATE OF SERVICE

I, William E. Jamison, Jr., an attorney, state that I caused a copy of the above **NOTICE OF MOTION and MOTION FOR ENTRY OF FINAL DECREE INCLUDING ENTRY OF DISCHARGE OF DEBTOR** to be served upon the attached service list by depositing the same in the U.S. Mail first class postage prepaid on October 21, 2015, before the hour of 5:00 p.m. at 53 W. Jackson, Chicago, Illinois.

/s/   William E. Jamison, Jr

```
Label Matrix for local noticing          U.S. Bankruptcy Court                   Ada Brown/Mary Copeland Owner
752-1                                    Eastern Division                        1365 E. 48th Street
Case 14-19763                            219 S Dearborn                          Chicago, IL 60615-2029
Northern District of Illinois            7th Floor
Chicago                                  Chicago, IL 60604-1702
Wed Oct 21 11:28:46 CDT 2015

Alan Alston                              American InfoSource LP as agent for     Bank Financial, F.S.B.
367 E. 48th Street 3E                    Midland Funding LLC                     15W060 North Frontage Road
Chicago, IL 60615-2039                   PO Box 268941                           Burr Ridge, IL 60527-6928
                                         Oklahoma City, OK  73126-8941


BankFinancial, F.S.B.                    Bk Of Amer                              (p)BANK OF AMERICA
c/o Neal, Gerber & Eisenberg LLP         Po Box 17054                            PO BOX 982238
Attn: Mark A. Berkoff                    Wilmington, DE 19850-7054               EL PASO TX 79998-2238
2 N. LaSalle St., Suite 1700
Chicago, IL 60602-4000


Cap One                                  Cba Collection Bureau                   Chase
Merland One  16430 N. Scottsdale Road    25954 Eden Landing Rd                   Po Box 15298
Scottsdale, AZ 85254-1518                Hayward, CA 94545-3837                  Wilmington, DE 19850-5298




Christine Hawkins                        Cook County Treasurer                   Department of the Treasury
367 E. 48th St                           118 N. Clark St., RM 112                Internal Revenue Service
Chicago, IL 60615-2039                   Chicago, IL 60602-1590                  PO Box 7346
                                                                                 Philadelphia PA 19101-7346


E. McElroy                               FIA CARD SERVICES, N.A.                 Freedman Anselmo Lindberg & Rappe
365 East 48th Street                     P O Box 982284                          1771 W. Diehl Road
Chicago, IL 60615-2029                   El Paso, TX 79998-2284                  Ste. 150
                                                                                 Naperville, IL 60563-4947


Illinois Department of Revenue           (p)JEFFERSON CAPITAL SYSTEMS LLC        Midland Funding
Bankruptcy Section                       PO BOX 7999                             8875 Aero Dr Ste 200
PO Box 64338                             SAINT CLOUD MN 56302-7999               San Diego, CA 92123-2255
Chicago, IL 60664-0338


Shd/Cbna                                 Tiffany Calliers Adn Jennifer Daniels   Ada L Brown
Po Box 6497                              1365 E 48th Street Unit2E               1365 E 48th Street, Apt. 2
Sioux Falls, SD 57117-6497               Chicago, IL 60615-2029                  Chicago, IL 60615-2029



James L Hardemon                         Patrick S Layng                         William E. Jamison Jr.
Legal Remedies, Chartered                Office of the U.S. Trustee, Region 11   William E. Jamison Jr.,  Attorney at Law
525 S Stony Island                       219 S Dearborn St                       815 West Van Buren Street
Chicago, IL 60617-2247                   Room 873                                #203
                                         Chicago, IL 60604-2027                  Chicago, IL 60607-3567
```

            The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
            by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| k Of Amer<br>'o Box 982235<br>:l Paso, TX 79998 | Jefferson Capital Syst<br>16 McLeland Rd<br>Saint Cloud, MN 56303 | (d)Jefferson Capital System<br>16 McLeland Road<br>Saint Cloud, MN 56303 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

u)BankFinancial, F.S.B.

End of Label Matrix
Mailable recipients    26
Bypassed recipients     1
Total                  27

Case 14-19763    Doc 164    Filed 10/21/15    Entered 10/21/15 12:21:14    Desc Main Document    Page 3 of 5

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **In Re:** | ) | **Chapter 11** |
| | ) | |
| **Ada Brown** | ) | **Case No. 14- 19763** |
| | ) | |
| | ) | |
| **Debtor.** | ) | **Judge Jack B. Schmetterer** |

**APPLICATION FOR FINAL DECREE
AND ORDER OF SUBSTANTIAL CONSUMATION**

**NOW COMES**, the Reorganized Debtor, **ADA BROWN**, by and through her attorney **WILLIAM E. JAMISON, JR.**, and ask this Honorable Court to enter a Final Decree, as well as closing this case with a reservation of jurisdiction to reopen this case for any reasons stated in the confirmed Chapter 11 Plan and/or Disclosure Statement. In support thereof, the Reorganized Debtor states as follows:

1. On May 27, 2014, the Debtor filed a Voluntary Petition for Relief, according to the provisions of Chapter 11 of the Code.

2. On August 18, 2015, this Court held a hearing and entered an Order pursuant to Section 1129 of the Bankruptcy Code confirming the Debtors' Plan of Reorganization.

3. The plan has been substantially consummated within the meaning of Section 1101(2) of the Bankruptcy Code. See attached Exhibit A, a true and correct copy of the Debtor's proof of payments for September.

4. Debtor requests that this Court enter a final decree closing this Chapter 11 case. The final decree should expressly reserve jurisdiction in this Court for all pending matters, all final fee hearings, and those matters enumerated in Article VI of the Plan.

**WHEREFORE**, the Reorganized Debtor, Ada Brown, ask this Honorable Court to enter a Final Decree closing this Chapter 11 case with an express reservation of jurisdiction as requested in this Motion, and for such other relief as is just and equitable.

                Respectfully Submitted,
                Ada Brown

                By:/s/ William E. Jamison, Jr.

William E. Jamison, Jr.
Attorney at Law
53 W. Jackson Blvd.
Suite 309
Chicago, IL 60604
(312) 226 – 8500