## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| Ada Brown | ) | Case No. 14- 19763 |
| | ) | |
| | ) | |
| Debtor. | ) | Judge Jack B. Schmetterer |

### RE-NOTICE OF HEARING ON DEBTOR'S APPLICATION
### FOR FINAL DECREE AND FOR ORDER CLOSING BANKRUPTCY CASE

TO:   See Attached Service List:

**PLEASE TAKE NOTICE,** that the Hearing on Debtor's Application for Final Decree and to Close Debtor's Chapter 11 Case, originally scheduled for Hearing on October, 26, 2015, has been continued to November 30, 2015, at 10:30 a.m. room 682 at the Dirksen Federal Building, 219 S. Dearborn Chicago, a copy of said motion is attached.

/s/ William E. Jamison, Jr.
Attorney for Debtor
53 W. Jackson Blvd.
Suite # 309
Chicago, Il 60604
(312) 266 - 8500

### CERTIFICATE OF SERVICE

I, William E. Jamison, Jr., an attorney, state that I caused a copy of the above DEBTOR'S RE-NOTICE OF DEBTOR'S APPLICATION FOR FINAL DECREE AND FOR ORDER CLOSING BANKRUPTCY CASE to be served upon the attached service list by depositing the same in the U.S. Mail first class postage prepaid on November 2, 2015 , before the hour of 5:00 p.m. at 53 W. Jackson Blvd. Chicago, Illinois.

/s/ **William E. Jamison, Jr.**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 14-19763<br>Northern District of Illinois<br>Chicago<br>Wed Oct 21 11:28:46 CDT 2015 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | Ada Brown/Mary Copeland Owner<br>1365 E. 48th Street<br>Chicago, IL 60615-2029 |
| Alan Alston<br>367 E. 48th Street 3E<br>Chicago, IL 60615-2039 | American InfoSource LP as agent for<br>Midland Funding LLC<br>PO Box 268941<br>Oklahoma City, OK 73126-8941 | Bank Financial, F.S.B.<br>15W060 North Frontage Road<br>Burr Ridge, IL 60527-6928 |
| BankFinancial, F.S.B.<br>c/o Neal, Gerber & Eisenberg LLP<br>Attn: Mark A. Berkoff<br>2 N. LaSalle St., Suite 1700<br>Chicago, IL 60602-4000 | Bk Of Amer<br>Po Box 17054<br>Wilmington, DE 19850-7054 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 |
| Cap One<br>Bierland One 16430 N. Scottsdale Road<br>Scottsdale, AZ 85254-1518 | Cba Collection Bureau<br>25954 Eden Landing Rd<br>Hayward, CA 94545-3837 | Chase<br>Po Box 15298<br>Wilmington, DE 19850-5298 |
| Christine Hawkins<br>367 E. 48th St<br>Chicago, IL 60615-2039 | Cook County Treasurer<br>118 N. Clark St., RM 112<br>Chicago, IL 60602-1590 | Department of the Treasury<br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia PA 19101-7346 |
| E. McElroy<br>365 East 48th Street<br>Chicago, IL 60615-2029 | FIA CARD SERVICES, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2284 | Freedman Anselmo Lindberg & Rappe<br>1771 W. Diehl Road<br>Ste. 150<br>Naperville, IL 60563-4947 |
| Illinois Department of Revenue<br>Bankruptcy Section<br>PO Box 64338<br>Chicago, IL 60664-0338 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | Midland Funding<br>8875 Aero Dr Ste 200<br>San Diego, CA 92123-2255 |
| Shd/Cbna<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 | Tiffany Calliers Adn Jennifer Daniels<br>1365 E 48th Street Unit2E<br>Chicago, IL 60615-2029 | Ada L Brown<br>1365 E 48th Street, Apt. 2<br>Chicago, IL 60615-2029 |
| James L Hardemon<br>Legal Remedies, Chartered<br>1525 S Stony Island<br>Chicago, IL 60617-2247 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | William E. Jamison Jr.<br>William E. Jamison Jr., Attorney at Law<br>815 West Van Buren Street<br>#203<br>Chicago, IL 60607-3567 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

k Of Amer
o Box 982235
l Paso, TX 79998

Jefferson Capital Syst
16 McLeland Rd
Saint Cloud, MN 56303

(d)Jefferson Capital System
16 McLeland Road
Saint Cloud, MN 56303

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

u)BankFinancial, F.S.B.

End of Label Matrix
Mailable recipients    26
Bypassed recipients     1
Total                  27

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| **In Re:** | ) | **Chapter 11** |
| | ) | |
| **Ada Brown** | ) | **Case No. 14- 19763** |
| | ) | |
| | ) | |
| **Debtor.** | ) | **Judge Jack B. Schmetterer** |

## APPLICATION FOR FINAL DECREE
## AND ORDER OF SUBSTANTIAL CONSUMATION

NOW COMES, the Reorganized Debtor, ADA BROWN, by and through her attorney WILLIAM E. JAMISON, JR., and ask this Honorable Court to enter a Final Decree, as well as closing this case with a reservation of jurisdiction to reopen this case for any reasons stated in the confirmed Chapter 11 Plan and/or Disclosure Statement. In support thereof, the Reorganized Debtor states as follows:

1. On May 27, 2014, the Debtor filed a Voluntary Petition for Relief, according to the provisions of Chapter 11 of the Code.

2. On August 18, 2015, this Court held a hearing and entered an Order pursuant to Section 1129 of the Bankruptcy Code confirming the Debtors' Plan of Reorganization.

3. The plan has been substantially consummated within the meaning of Section 1101(2) of the Bankruptcy Code. See attached Exhibit A, a true and correct copy of the Debtor's proof of payments for September.

4. Debtor requests that this Court enter a final decree closing this Chapter 11 case. The final decree should expressly reserve jurisdiction in this Court for all pending matters, all final fee hearings, and those matters enumerated in Article VI of the Plan.

**WHEREFORE,** the Reorganized Debtor, Ada Brown, ask this Honorable Court to enter a Final Decree closing this Chapter 11 case with an express reservation of jurisdiction as requested in this Motion, and for such other relief as is just and equitable.

        Respectfully Submitted,
        Ada Brown


        By:/s/ William E. Jamison, Jr.

William E. Jamison, Jr.
Attorney at Law
53 W. Jackson Blvd.
Suite 309
Chicago, IL 60604
(312) 226 – 8500