UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   14-19763 |
| ADA BROWN | ) | |
| | ) | Chapter: 11 |
| | ) | Honorable Jack Schmetterer |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**FINAL DECREE AND ORDER CLOSING BANKRUPTCY CASE**

This matter coming to be heard upon the motion of ADA BROWN, the Reorganized Debtor (the "Debtor"), for entry of a Final Decree and to Close the Bankruptcy Case (the "Motion"); proper notice having been provided; no creditor or party in interest having objected to the entry of a Final Decree and Order Closing this Bankruptcy Case; Based on review and consideration, the Court finds that (1) notice of the Motion was adequate under the circumstances and no other notice need be given; (2) the Debtor's Confirmed Plan of Reorganization (the "Plan") has been substantially consummated; and (3) other good and sufficient cause exists for granting the relief requested in this Motion; and this Court being fully advised in the premises; Now, therefore IT IS HEREBY ORDERED:

1. The Motion is granted.

2. Pursuant to Bankruptcy Code Section 350(a), the Bankruptcy case is closed    effective upon entry of the Final Decree and Order.

3. Notwithstanding this Final Decree and Order and the closing of the Bankruptcy    Case:

 (a) The Debtor shall continue to be authorized to take any and all action required    or reasonably contemplated by the Plan and the Order confirming the Plan (the    "Confirmation Order");

 (b)  This court shall retain jurisdiction in accordance with the Confirmation Order    and Plan;

 (c)  The Debtor is required to pay all outstanding US Trustee quarterly fees owed    by the Debtor pursuant to 28 USC 1930 through and including entry of this Final    Decree;

 (d) Pursuant to 11 USC 1141 (d)(5), the Debtor shall not receive a discharge unless and until, after notice and a hearing, this Court grants a discharge    either (i) upon completion of all payments under the Plan Pursuant to 11    USC 1141(d)(5)(A) or (ii) prior to completion of all payments under the Plan if the Debtor meets the requirements under 1141(d)(5)(B).  Notwithstanding  the foregoing, the Class One Allowed Claim of the BankFinancial, .F.S.B. will    not be paid in full under the Plan unless the Debtor refinances the obligations    evidenced by the Restructured Notes (as defined in the Plan) and, accordingly,    such Claims will not be discharged. In order to obtain discharge, the Debtor will need to reopen the Bankruptcy Case.

4. The Debtor shall serve a copy of this Order on all known creditors within seven    (7) days of the entry of this Order

Enter: *[signature]*

Honorable Jack B. Schmetterer
United States Bankruptcy Judge

Dated: November 30, 2015

**Prepared by:**

William E. Jamison, Jr
WILLIAM E. JAMISON, JR., & ASSOCIATES
53 W. Jackson Blvd
Suite #309
Chicago, IL 60604
(312) 226 - 8500