**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **In Re:** | ) | |
| | ) | |
| **ADA BROWN** | ) | **Case No. 14-19763** |
| | ) | |
| | ) | **Chapter 11** |
| | ) | |
| **Debtor.** | ) | **Honorable Jack Schmetterer** |

**CERTIFICATE OF SERVICE**

**See Attached Service List:**

    **PLEASE TAKE NOTICE** that on December 1, 2015, I, William E. Jamison, Jr., one of the Attorneys for the Debtor served upon the attached service list the attached Notice and Final Decree and Order Closing Bankruptcy Case to all Creditors via First Class mail postage prepaid, at 53 W. Jackson Blvd, Chicago, Illinois 60604, before the hour of 5:00 p.m.


                                                            By:    /s./William E. Jamison, Jr.
                                                                          One of Debtor's Attorneys

William E. Jamison, Jr.
53 W. Jackson Blvd.
Suite 309
Chicago, IL 60604
(312) 226 – 8500

| | | |
|---|---|---|
| Label Matrix for local noticing<br>752-1<br>Case 14-19763<br>Northern District of Illinois<br>Chicago<br>Wed Oct 21 11:28:46 CDT 2015 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | Jay Brown/Mary Copeland/Owner<br>1365 E. 48th Street<br>Chicago, IL 60615-2029 |
| Alan Alston<br>367 E. 48th Street 3E<br>Chicago, IL 60615-2039 | American InfoSource LP as agent for<br>Midland Funding LLC<br>PO Box 268941<br>Oklahoma City, OK 73126-8941 | Bank Financial, F.S.B.<br>15W060 North Frontage Road<br>Burr Ridge, IL 60527-6928 |
| BankFinancial, F.S.B.<br>c/o Neal, Gerber & Eisenberg LLP<br>Attn: Mark A. Berkoff<br>N. LaSalle St., Suite 1700<br>Chicago, IL 60602-4000 | Bk Of Amer<br>Po Box 17054<br>Wilmington, DE 19850-7054 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 |
| Cap One<br>Kierland One  16430 N. Scottsdale Road<br>Scottsdale, AZ 85254-1518 | Cba Collection Bureau<br>25954 Eden Landing Rd<br>Hayward, CA 94545-3837 | Chase<br>Po Box 15298<br>Wilmington, DE 19850-5298 |
| Christine Hawkins<br>367 E. 48th St<br>Chicago, IL 60615-2039 | Cook County Treasurer<br>118 N. Clark St., RM 112<br>Chicago, IL 60602-1590 | Department of the Treasury<br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia PA 19101-7346 |
| E. McElroy<br>365 East 48th Street<br>Chicago, IL 60615-2029 | FIA CARD SERVICES, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2284 | Freedman Anselmo Lindberg & Rappe<br>1771 W. Diehl Road<br>Ste. 150<br>Naperville, IL 60563-4947 |
| Illinois Department of Revenue<br>Bankruptcy Section<br>PO Box 64338<br>Chicago, IL 60664-0338 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | Midland Funding<br>8875 Aero Dr Ste 200<br>San Diego, CA 92123-2255 |
| Shd/Cbna<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 | Tiffany Calliers Adn Jennifer Daniels<br>1365 E 48th Street Unit2E<br>Chicago, IL 60615-2029 | Ada L Brown<br>1365 E 48th Street, Apt. 2<br>Chicago, IL 60615-2029 |
| James L Hardemon<br>Legal Remedies, Chartered<br>525 S Stony Island<br>Chicago, IL 60617-2247 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | William E. Jamison Jr.<br>William E. Jamison Jr., Attorney at Law<br>815 West Van Buren Street<br>#203<br>Chicago, IL 60607-3567 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:                              )    BK No.:  14-19763
ADA BROWN                           )
                                    )
                                    )    Chapter: 11
                                    )
                                    )    Honorable Jack Schmetterer
                                    )
                                    )
        Debtor(s)                   )

## FINAL DECREE AND ORDER CLOSING BANKRUPTCY CASE

This matter coming to be heard upon the motion of ADA BROWN, the Reorganized Debtor (the "Debtor"), for entry of a Final Decree and to Close the Bankruptcy Case (the "Motion"); proper notice having been provided; no creditor or party in interest having objected to the entry of a Final Decree and Order Closing this Bankruptcy Case; Based on review and consideration, the Court finds that (1) notice of the Motion was adequate under the circumstances and no other notice need be given; (2) the Debtor's Confirmed Plan of Reorganization (the "Plan") has been substantially consummated; and (3) other good and sufficient cause exists for granting the relief requested in this Motion; and this Court being fully advised in the premises; Now, therefore IT IS HEREBY ORDERED:

1. The Motion is granted.

2. Pursuant to Bankruptcy Code Section 350(a), the Bankruptcy case is closed   effective upon entry of the Final Decree and Order.

3. Notwithstanding this Final Decree and Order and the closing of the Bankruptcy   Case:

(a) The Debtor shall continue to be authorized to take any and all action required   or reasonably contemplated by the Plan and the Order confirming the Plan (the   "Confirmation Order");

(b) This court shall retain jurisdiction in accordance with the Confirmation Order   and Plan;

(c) The Debtor is required to pay all outstanding US Trustee quarterly fees owed   by the Debtor pursuant to 28 USC 1930 through and including entry of this Final   Decree;

(d) Pursuant to 11 USC 1141 (d)(5), the Debtor shall not receive a discharge unless and until, after notice and a hearing, this Court grants a discharge   either (i) upon completion of all payments under the Plan Pursuant to 11   USC 1141(d)(5)(A) or (ii) prior to completion of all payments under the Plan if the Debtor meets the requirements under 1141(d)(5)(B). Notwithstanding the foregoing, the Class One Allowed Claim of the BankFinancial, .F.S.B. will   not be paid in full under the Plan unless the Debtor refinances the obligations   evidenced by the Restructured Notes (as defined in the Plan) and, accordingly,   such Claims will not be discharged. In order to obtain discharge, the Debtor will need to reopen the Bankruptcy Case.

4. The Debtor shall serve a copy of this Order on all known creditors within seven   (7) days of the entry of this Order

Enter: *[signature]*

Honorable Jack B. Schmetterer
United States Bankruptcy Judge

Dated: November 30, 2015

**Prepared by:**

William E. Jamison, Jr
WILLIAM E. JAMISON, JR., & ASSOCIATES
53 W. Jackson Blvd
Suite #309
Chicago, IL 60604
(312) 226 - 8500